## STATE v. ALPHONSE JOHN MAGEE.

202 N. W. 2d 632.

October 27, 1972—No. 43080.

*C. Paul Jones,* State Public Defender, and *Ronald L. Haskvitz,* Assistant State Public Defender, for appellant.

*Warren Spannaus,* Attorney General, *Richard B. Allyn,* Special Assistant Attorney General, and *DeWayne P. Mattson,* County Attorney, for respondent.

Heard before Knutson, C. J., and Otis, Rogosheske, and Schultz, JJ.

PER CURIAM.

Defendant contends on appeal from a judgment of conviction of first-degree manslaughter, Minn. St. 609.20, that (1) police violated his Fourth Amendment rights, (2) he did not receive a fair trial, and (3) the evidence was insufficient as a matter of law to support the verdict in that the state did not prove beyond a reasonable doubt that his act of firing a revolver directly into a threatening crowd of people in a drinking and dancing establishment was not justifiable. We have carefully reviewed the record and find no reversible error and that the evidence is sufficient to sustain the conviction.

Affirmed.